**Information to identify the case:**

| | | Social Security number or ITIN | **xxx–xx–4877** |
|---|---|---|---|
| Debtor 1 | **Tyrone Grogen** | | |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | |
| | | EIN  _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of Louisiana** | | Date case filed for chapter  **7**   **7/8/20** | |
| Case number:   **20–11211 Section B Office Code:  2** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Tyrone Grogen | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 440 Silver Lilly Lane<br>Marrero, LA 70072 | | |
| 4. | **Debtor's attorney**<br>Name and address | Michele C. Stross<br>Southeast Louisiana Legal Services<br>2439 Manhattan Boulevard<br>Suite 103<br>Harvey, LA 70058 | | Contact phone 504–374–0977<br><br>Email:  mstross@slls.org |
| 5. | **Bankruptcy trustee**<br>Name and address | David V. Adler<br>Post Office Box 55129<br>Metairie, LA 70055 | | Contact phone (504) 834–5465<br><br>Email:  adler_d@bellsouth.net ––> |

**For more information, see page 2 >**

Debtor **Tyrone Grogen**

Case number **20–11211**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 7/8/20 |

| | | |
|---|---|---|
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 13, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. At the meeting, the trustee may give oral notice of an intention to abandon estate property. Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. If you have any questions or concerns, please contact your attorney or the bankruptcy case trustee (see box 5). | Location:<br><br>**Telephone Conference**<br>Trustee: David V. Adler<br>Call In Number: 866–703–0638<br>Call In Passcode: 9576648 |
| | Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case. | |

| | | |
|---|---|---|
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

| | | |
|---|---|---|
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/13/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Financial Management Course:** Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |

| | |
|---|---|
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | |
|---|---|
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **12. Exempt property** | |

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                                    Case No. 20-11211-JAB
Tyrone Grogen                                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 053L-2          User: admin              Page 1 of 1              Date Rcvd: Jul 09, 2020
                             Form ID: 309A            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db          +Tyrone Grogen,     440 Silver Lilly Lane,     Marrero, LA 70072-1423
tr          +David V. Adler,    Post Office Box 55129,    Metairie, LA 70055-5129
smg         +Collector of Revenue,    City of New Orleans,    Department of Finance,
             1300 Perdido Street, RM 1W15,     New Orleans, LA 70112-2128
smg          Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
             Baton Rouge, LA 70896-6658
smg          U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
             New Orleans, LA 70130-7212
3824311     +2nd Justice of the Peace Court,    1887 Ames Boulevard,    Marrero, LA 70072-3429
3824313     +Latoria Cassie Grogen,    4152 Lac Bienville,    Harvey, LA 70058-5246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: mstross@slls.org Jul 09 2020 20:26:27     Michele C. Stross,
             Southeast Louisiana Legal Services,    2439 Manhattan Boulevard,    Suite 103,
             Harvey, LA 70058
smg          EDI: LADOR Jul 10 2020 00:23:00     Louisiana Department of Revenue,
             Collection Division/Bankruptcy Section,    P. O. Box 66658,    Baton Rouge, LA 70896-6658
smg         +E-mail/Text: bankruptcy_bpc@lwc.la.gov Jul 09 2020 20:26:43     Louisiana Workforce Commission,
             UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
             Baton Rouge, LA 70802-3338
ust         +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Jul 09 2020 20:26:37     Office of the U.S. Trustee,
             400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3824312     +E-mail/Text: home@fotifinancial.com Jul 09 2020 20:26:28     Home Finance of Marrero LLC,
             5041 Lapalco Blvd.,    Suite 101, Building C2,    Marrero, LA 70072-4271
3824314      E-mail/Text: bankruptcy@republicfinance.com Jul 09 2020 20:26:51     Republic Finance,
             5041 Lapalco Blvd.,    Marrero, LA 70072
3824315      EDI: VAND.COM Jul 10 2020 00:23:00     Vanderbilt Mortgage,    500 Alcoa Trail,
             Maryville, TN 37804
                                                                                    TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                              Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
NONE.                                                                  TOTAL: 0